IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS DUANE STRAWDER,<br><br>    Petitioner,<br><br>V.<br><br>SCOTT R. FRAKES, Director, NEB DEPT CORR SERVICES, and STATE OF NEBRASKA,<br><br>    Respondents. | 4:16CV3160<br><br>**MEMORANDUM AND ORDER** |

  Petitioner filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Petitioner subsequently submitted the filing fee.

  IT IS THEREFORE ORDERED that Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is denied as moot.

  DATED this 22nd day of November, 2016.

            BY THE COURT:

            s/ *Richard G. Kopf*
            Senior United States District Judge