IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS DUANE STRAWDER *also known as* James T. Hall, Petitioner, vs. Scott R. Frakes, *Director*, Neb. Dept. Corr. Services, State of Nebraska, Respondents. | 4:16CV3160<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Plaintiff's various motions. (*See* Filing Nos. 37-40.) In its order dated January 19, 2017, this court dismissed Plaintiff's petition without prejudice to reassertion of a subsequent petition upon authorization by the Eighth Circuit Court of Appeals. (Filing Nos. 35-36.) Accordingly, Plaintiff's motions are denied as moot.

IT IS THEREFORE ORDERED that: Plaintiff's pending motions (Filing Nos. 37-40) are denied as moot.

Dated this 25th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge